The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Santucci, J.P., Dickerson, Eng and Chambers, JJ., concur.

---

(December 23, 2009)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD GREENBERG, on Behalf of JAPHETH CLARKE, Petitioner, v WARDEN, RIKERS ISLAND, et al., Respondents. [890 NYS2d 358]—

Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.

---

THIRD DEPARTMENT, DECEMBER, 2009

(December 3, 2009)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PERYEA, Appellant. [889 NYS2d 741]—

